UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| ALBERTO BIENVENIDO MOLINA PICO, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 6:21-cv-00128-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| J. GILLEY, Warden | ) | **MEMORANDUM** |
| | ) | **OPINION** |
| Respondent. | ) | **&** |
| | ) | **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Alberto Bienvenido Molina Pico is an inmate at the Federal Correctional Institution in Manchester, Kentucky. Proceeding without an attorney, Pico filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [R. 1.] The Court conducted an initial screening of that petition pursuant to 28 U.S.C. § 2243, dismissed it for lack of subject matter jurisdiction, and entered a corresponding Judgment. [Rs. 4, 5.]

That said, Pico has now filed an additional submission into the record titled "motion for habeas corpus" in which he appears to put forth additional arguments in support of his petition. [R. 6]. While the Court has reviewed Pico's motion, it will deny his request for relief. That is because Pico's latest filing is simply moot given the Court's recent Memorandum Opinion and Order, and he has not demonstrated in any clear way that the Court's earlier decision was erroneous.

Accordingly, it is **ORDERED** that Pico's recent motion at [**R. 6**] is **DENIED**.

This 17th day of August, 2021.

Gregory F. Van Tatenhove
United States District Judge